THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JIBRIL ABDULLE,<br><br>        Plaintiff,<br><br>   v.<br><br>MENZIES AVIATION GROUP (USA), INC, a<br>Delaware Corporation,<br><br>        Defendant. | No. CV 06-1736 RSL<br><br>ORDER GRANTING PLAINTIFF'S<br>MOTION TO DISMISS WITHOUT<br>PREJUDICE |

     **THIS MATTER** comes before the Court by Plaintiff Jabril Abdulle's (hereafter, "Plaintiff") Motion to Dismiss Without Prejudice.

     The Court having considered the following:

    1.    Plaintiff's Motion to Dismiss Without Prejudice.

    2.    Defendant's Response, if any;

    3.    Declarations and exhibits, if any, filed in support of Defendant's Response;

    4.    Plaintiff's Reply, if any;

    5.    Declarations and exhibits, if any, filed in support of Plaintiff's Reply; and

    6.    The files and records herein.

**THE BLANKENSHIP LAW FIRM, P.S.**
28th Floor, Washington Mutual Tower
1201 Third Avenue
Seattle, Washington  98101
(206) 343-2700

Accordingly, IT IS ORDERED as follows:

1.      Plaintiff's Motion to Dismiss Without Prejudice is GRANTED;

2.      Dismissal shall be without prejudice and without terms and conditions.

SO ORDERED this 25th day of September, 2007.

_____
Robert S. Lasnik
United States District Judge

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS
WITHOUT PREJUDICE (Cause No. CV 06-1736 RSL)
Page 2

THE BLANKENSHIP LAW FIRM, P.S.
28th Floor, Washington Mutual Tower
1201 Third Avenue
Seattle, Washington  98101
(206) 343-2700